UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

BRANDON WILDER,

Defendant.
______________________________/

No. 1:26-cr-00098

Hon. ROBERT J. JONKER
United States District Judge

**PENALTY SHEET**

**Unlawful Carrying Away of Firearms from a Federal Firearms Licensee – 18 U.S.C. § 922(u)**

**Maximum Penalty**: Not more than 10 years' imprisonment and/or $250,000 fine
(18 U.S.C. § 924(i)

**Supervised Release**: Not more than 3 years
(18 U.S.C. § 3583, 18 U.S.C. § 3559)

**Special Assessment**: $100
(18 U.S.C. § 3013)

**Forfeiture**

**Restitution**

Date: September 29, 2026

*/s/ Austin J. Hakes*
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046