**Attachment A: Wilder – Restitution Eligible**

| CATS Number | Custody Status | Item Number | SPIN | Property Description | Property Type |
|---|---|---|---|---|---|
| 26-ATF-005835 | ATF Custody | 212 | PROP-230442 | Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: P226; Caliber: 9; Type: PISTOL; S/N: U404721 | Firearm - PISTOL |
| 26-ATF-005861 | ATF Custody | 223 | PROP-230446 | Firearm; Manufacturer: KELTEC, CNC INDUSTRIES, INC.; Model: P17; Caliber: 22; Type: PISTOL; S/N: G6U45 | Firearm - PISTOL |
| 26-ATF-005906 | ATF Custody | 239 | PROP-230423 | Firearm; Manufacturer: German; Model: Mod 98; Caliber: UNKNOWN; Type: RIFLE; S/N: 6062 | Firearm - RIFLE |
| 26-ATF-005911 | ATF Custody | 240 | PROP-230424 | Firearm; Manufacturer: UNKNOWN MANUFACTURER; Model: POS; Caliber: 10; Type: SHOTGUN; S/N: 24716 | Firearm - SHOTGUN |
| 26-ATF-005897 | ATF Custody | 241 | PROP-230425 | Firearm; Manufacturer: SAS; Model: MAS1936; Caliber: 75; Type: RIFLE; S/N: 32028 | Firearm - RIFLE |
| 26-ATF-005899 | ATF Custody | 242 | PROP-230426 | Firearm; Manufacturer: MAUSER; Model: Argentino 1891; Caliber: UNKNOWN; Type: RIFLE; S/N: P3201 | Firearm - RIFLE |
| 26-ATF-005903 | ATF Custody | 243 | PROP-230427 | Firearm; Manufacturer: NORINCO (NORTH CHINA INDUSTRIES); Model: SKS; Caliber: 762; Type: RIFLE; S/N: 00596 | Firearm - RIFLE |
| 26-ATF-005905 | ATF Custody | 244 | PROP-230428 | Firearm; Manufacturer: UNKNOWN MANUFACTURER; Model: 1886; Caliber: UNKNOWN; Type: RIFLE; S/N: Unknown | Firearm - RIFLE |
| 26-ATF-005910 | ATF Custody | 245 | PROP-230429 | Firearm; Manufacturer: Mosin Nagant; Model: S75326; Caliber: UNKNOWN; Type: RIFLE; S/N: 173705 | Firearm - RIFLE |
| 26-ATF-005915 | ATF Custody | 247 | PROP-230431 | Firearm; Manufacturer: Argentino; Model: 1927; Caliber: UNKNOWN; Type: PISTOL; S/N: 45163 | Firearm - PISTOL |

| | | | | | |
|---|---|---|---|---|---|
| 26-ATF-005917 | ATF Custody | 248 | PROP-230432 | Firearm; Manufacturer: RUGER; Model: LC9; Caliber: 9; Type: PISTOL; S/N: 45309731 | Firearm - PISTOL |
| 26-ATF-005920 | ATF Custody | 249 | PROP-230433 | Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: UNKNOWN; Type: PISTOL; S/N: BVZW871 | Firearm - PISTOL |
| 26-ATF-005923 | ATF Custody | 250 | PROP-230434 | Firearm; Manufacturer: Hechler & Koch; Model: USP 45T; Caliber: 45; Type: PISTOL; S/N: 25-171557 | Firearm - PISTOL |
| 26-ATF-005918 | ATF Custody | 251 | PROP-230435 | Firearm; Manufacturer: SMITH & WESSON; Model: Bodyguard 380; Caliber: 380; Type: PISTOL; S/N: KAM3246 | Firearm - PISTOL |
| 26-ATF-005922 | ATF Custody | 252 | PROP-230436 | Firearm; Manufacturer: BERETTA USA CORP; Model: 92FS; Caliber: 9; Type: PISTOL; S/N: BER361907 | Firearm - PISTOL |
| 26-ATF-005924 | ATF Custody | 253 | PROP-230437 | Firearm; Manufacturer: BERETTA, PIETRO S.P.A; Model: 92SB; Caliber: 9; Type: PISTOL; S/N: Y04216Z | Firearm - PISTOL |
| 26-ATF-005926 | ATF Custody | 254 | PROP-230438 | Firearm; Manufacturer: BERETTA USA CORP; Model: Tomcat 32; Caliber: 32; Type: PISTOL; S/N: DAA620591 | Firearm - PISTOL |
| 26-ATF-005930 | ATF Custody | 255 | PROP-230439 | Firearm; Manufacturer: Israeli Military Industries; Model: Desert eagle; Caliber: 44; Type: PISTOL; S/N: 31205278 | Firearm - PISTOL |
| 26-ATF-005932 | ATF Custody | 256 | PROP-230484 | Firearm; Manufacturer: BERETTA USA CORP; Model: 92X; Caliber: 9; Type: PISTOL; S/N: 92X0059194 | Firearm - PISTOL |
| 26-ATF-005938 | ATF Custody | 257 | PROP-230496 | Firearm; Manufacturer: WALTHER; Model: PPK/S; Caliber: 22; Type: PISTOL; S/N: WF066568 | Firearm - PISTOL |
| 26-ATF-005941 | ATF Custody | 258 | PROP-230516 | Firearm; Manufacturer: WINCHESTER; Model: 1300; Caliber: 12; Type: SHOTGUN; S/N: L3260086 | Firearm - SHOTGUN |

| | | | | | |
|---|---|---|---|---|---|
| 26-ATF-005948 | ATF Custody | 260 | PROP-230406 | Firearm; Manufacturer: Israeli Military Industries; Model: Desert eagle; Caliber: 357; Type: PISTOL; S/N: 7649 | Firearm - PISTOL |
| 26-ATF-005957 | ATF Custody | 261 | PROP-230407 | Firearm; Manufacturer: REMINGTON ARMS COMPANY, INC.; Model: 1911R1; Caliber: 45; Type: PISTOL; S/N: RHN44054A | Firearm - PISTOL |
| 26-ATF-005929 | ATF Custody | 264 | PROP-230489 | Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: Makorov; Caliber: 9; Type: PISTOL; S/N: KT22708 | Firearm - PISTOL |
| 26-ATF-005934 | ATF Custody | 265 | PROP-230494 | Firearm; Manufacturer: Nagant; Model: M1895; Caliber: 762; Type: PISTOL; S/N: GA147 | Firearm - PISTOL |
| 26-ATF-005946 | ATF Custody | 268 | PROP-230515 | Firearm; Manufacturer: HECKLER & KOCH INC.; Model: USP; Caliber: 40; Type: PISTOL; S/N: 22-077008 | Firearm - PISTOL |
| 26-ATF-005955 | ATF Custody | 269 | PROP-230517 | Firearm; Manufacturer: SMITH & WESSON; Model: M&P 9C; Caliber: 9; Type: PISTOL; S/N: HVC1690 | Firearm - PISTOL |
| 26-ATF-005959 | ATF Custody | 270 | PROP-230520 | Firearm; Manufacturer: Cobra; Model: CB38; Caliber: 38; Type: PISTOL; S/N: CT218995 | Firearm - PISTOL |
| 26-ATF-005963 | ATF Custody | 271 | PROP-230522 | Firearm; Manufacturer: STEYR; Model: M95; Caliber: UNKNOWN; Type: RIFLE; S/N: 20043M8 | Firearm - RIFLE |
| 26-ATF-005928 | ATF Custody | 272 | PROP-230453 | Firearm; Manufacturer: GRI; Model: 1944 MK3; Caliber: 303; Type: RIFLE; S/N: X45 | Firearm - RIFLE |
| 26-ATF-005931 | ATF Custody | 273 | PROP-230464 | Firearm; Manufacturer: RAVEN ARMS; Model: MP25; Caliber: 25; Type: PISTOL; S/N: 1611406 | Firearm - PISTOL |
| 26-ATF-005933 | ATF Custody | 274 | PROP-230466 | Firearm; Manufacturer: Steven; Model: 94N; Caliber: 12; Type: SHOTGUN; S/N: C678996 | Firearm - SHOTGUN |

| | | | | | |
|---|---|---|---|---|---|
| 26-ATF-005936 | ATF Custody | 275 | PROP-230472 | Firearm; Manufacturer: CBC (COMPANHIA BRAZILIERA DE CARTUCHOS); Model: ROSSI RB22M; Caliber: 22; Type: RIFLE; S/N: 7CB047278P | Firearm - RIFLE |
| 26-ATF-005939 | ATF Custody | 276 | PROP-230495 | Firearm; Manufacturer: Romarm Cugir; Model: Unknown; Caliber: 762; Type: RIFLE; S/N: SCE-3369-87 | Firearm - RIFLE |
| 26-ATF-005945 | ATF Custody | 278 | PROP-230503 | Firearm; Manufacturer: REMINGTON ARMS COMPANY, INC.; Model: 81 Woodsmaster; Caliber: 300; Type: RIFLE; S/N: 29909 | Firearm - RIFLE |
| 26-ATF-005950 | ATF Custody | 279 | PROP-230519 | Firearm; Manufacturer: AERO PRECISION; Model: M16A4; Caliber: 556; Type: RIFLE; S/N: 00007638 | Firearm - RIFLE |
| 26-ATF-005952 | ATF Custody | 280 | PROP-230524 | Firearm; Manufacturer: LAKEFIELD ARMS LTD.; Model: MARK II; Caliber: 22; Type: RIFLE; S/N: 265228 | Firearm - RIFLE |
| 26-ATF-005956 | ATF Custody | 281 | PROP-230525 | Firearm; Manufacturer: ROSSI; Model: M59; Caliber: 22; Type: RIFLE; S/N: H034914 | Firearm - RIFLE |
| 26-ATF-005964 | ATF Custody | 283 | PROP-230537 | Firearm; Manufacturer: GLOCK INC.; Model: 43X; Caliber: 9; Type: PISTOL; S/N: BPEL160 | Firearm - PISTOL |
| 26-ATF-005966 | ATF Custody | 284 | PROP-230474 | Firearm; Manufacturer: RUGER; Model: GP100; Caliber: 357; Type: REVOLVER; S/N: 176-39747 | Firearm - REVOLVER |
| 26-ATF-005974 | ATF Custody | 287 | PROP-230477 | Firearm; Manufacturer: RUSSIAN MADE; Model: 1944; Caliber: UNKNOWN; Type: RIFLE; S/N: RT325 | Firearm - RIFLE |
| 26-ATF-005976 | ATF Custody | 288 | PROP-230478 | Firearm; Manufacturer: HENRY REPEATING RIFLE COMPANY; Model: H014-243; Caliber: 243; Type: RIFLE; S/N: 243LR02093 | Firearm - RIFLE |
| 26-ATF-005980 | ATF Custody | 289 | PROP-230479 | Firearm; Manufacturer: AERO PRECISION; Model: M4E1; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: M4-0486567 | Firearm - RECEIVER/FRAME |

| | | | | | |
|---|---|---|---|---|---|
| 26-ATF-005982 | ATF Custody | 290 | PROP-230480 | Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: RIFLE; S/N: SCD740005 | Firearm - RIFLE |
| 26-ATF-005984 | ATF Custody | 291 | PROP-230481 | Firearm; Manufacturer: UNKNOWN MANUFACTURER; Model: No4 Mk2; Caliber: UNKNOWN; Type: RIFLE; S/N: PF 311250 | Firearm - RIFLE |
| 26-ATF-005987 | ATF Custody | 292 | PROP-230482 | Firearm; Manufacturer: UNKNOWN MANUFACTURER; Model: UNKNOWN; Caliber: UNKNOWN; Type: RIFLE; S/N: BT7566 | Firearm - RIFLE |
| 26-ATF-005988 | ATF Custody | 293 | PROP-230483 | Firearm; Manufacturer: ZASTAVA; Model: M5966A1; Caliber: 762; Type: RIFLE; S/N: S660869 | Firearm - RIFLE |
| 26-ATF-005990 | ATF Custody | 294 | PROP-230454 | Firearm; Manufacturer: PTR INDUSTRIES INC. (PTR-91 INC.); Model: PTR91; Caliber: 308; Type: RIFLE; S/N: GI18293 | Firearm - RIFLE[1] |
| 26-ATF-005992 | ATF Custody | 295 | PROP-230455 | Firearm; Manufacturer: Molot-Oruzhie Ltd; Model: VEPR; Caliber: 762; Type: RIFLE; S/N: 14 V TP 6258 | Firearm - RIFLE |
| 26-ATF-005996 | ATF Custody | 297 | PROP-230457 | Firearm; Manufacturer: Cimarron; Model: 1887; Caliber: 12; Type: SHOTGUN; S/N: C242408 | Firearm - SHOTGUN |
| 26-ATF-006000 | ATF Custody | 298 | PROP-230458 | Firearm; Manufacturer: Stoeger-Accokeek; Model: 1873; Caliber: 45; Type: RIFLE; S/N: H11566 | Firearm - RIFLE |
| 26-ATF-006002 | ATF Custody | 299 | PROP-230459 | Firearm; Manufacturer: MARLIN FIREARMS CO.; Model: 30A; Caliber: 30-30; Type: RIFLE; S/N: 26116305 | Firearm - RIFLE |
| 26-ATF-006004 | ATF Custody | 301 | PROP-230461 | Firearm; Manufacturer: Masterright; Model: 1877; Caliber: UNKNOWN; Type: RIFLE; S/N: 1989 | Firearm - RIFLE |
| 26-ATF-005935 | ATF Custody | 302 | PROP-230462 | Firearm; Manufacturer: COLT; Model: Anaconda; Caliber: 44; Type: REVOLVER; S/N: AC220405 | Firearm - REVOLVER |

[1] Items in shaded columns are not associated with an administrative forfeiture claim.

| | | | | | |
|---|---|---|---|---|---|
| 26-ATF-005937 | ATF Custody | 303 | PROP-230463 | Firearm; Manufacturer: Russian Made; Model: 91/30; Caliber: 762; Type: RIFLE; S/N: 9130-2556 | Firearm - RIFLE |
| 26-ATF-005940 | ATF Custody | 304 | PROP-230548 | Firearm; Manufacturer: WALTHER; Model: P38; Caliber: 38; Type: PISTOL; S/N: 5368 | Firearm - PISTOL |
| 26-ATF-005944 | ATF Custody | 305 | PROP-230502 | Firearm; Manufacturer: Danzig; Model: 1890; Caliber: UNKNOWN; Type: RIFLE; S/N: 8318 | Firearm - RIFLE |
| 26-ATF-005947 | ATF Custody | 306 | PROP-230505 | Firearm; Manufacturer: RUGER; Model: AR-556; Caliber: 556; Type: RIFLE; S/N: 851-60611 | Firearm - RIFLE |
| 26-ATF-005949 | ATF Custody | 307 | PROP-230506 | Firearm; Manufacturer: BP FIREARMS CO, LLC (BERGARA USA/DEAD AIR/BPI); Model: ES; Caliber: 22; Type: RIFLE; S/N: 61-01-014389-21 | Firearm - RIFLE |
| 26-ATF-005954 | ATF Custody | 309 | PROP-230508 | Firearm; Manufacturer: SPRINGFIELD ARMORY,GENESEO,IL; Model: VP; Caliber: UNKNOWN; Type: RIFLE; S/N: 179941 | Firearm - RIFLE |
| 26-ATF-005960 | ATF Custody | 311 | PROP-230510 | Firearm; Manufacturer: INTERARMS; Model: Overland; Caliber: 12; Type: SHOTGUN; S/N: 8522 | Firearm - SHOTGUN |
| 26-ATF-005967 | ATF Custody | 314 | PROP-230513 | Firearm; Manufacturer: WINCHESTER; Model: 370; Caliber: 20; Type: SHOTGUN; S/N: 063655 | Firearm - SHOTGUN |
| 26-ATF-005970 | ATF Custody | 315 | PROP-230514 | Firearm; Manufacturer: AUSTRALIAN DEFENSE INDUSTRIES; Model: M1; Caliber: 30-06; Type: RIFLE; S/N: 000534 | Firearm - RIFLE |
| 26-ATF-005973 | ATF Custody | 316 | PROP-230568 | Firearm; Manufacturer: SILENCERCO, LLC; Model: HARVESTER; Caliber: 30; Type: SILENCER (NFA); S/N: HE2434 | Firearm - SILENCER (NFA) |
| 26-ATF-005975 | ATF Custody | 317 | PROP-230527 | Firearm; Manufacturer: Fabrique Nationale (FN); Model: PS90; Caliber: UNKNOWN; Type: RIFLE; S/N: FN147682 | Firearm - RIFLE |

| | | | | | |
|---|---|---|---|---|---|
| 26-ATF-005977 | ATF Custody | 318 | PROP-230528 | Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: M16A2; Caliber: 556; Type: RIFLE; S/N: 807111 | Firearm - RIFLE |
| 26-ATF-005979 | ATF Custody | 319 | PROP-230529 | Firearm; Manufacturer: NOREEN FIREARMS LLC; Model: BN-36X3; Caliber: 300; Type: RIFLE; S/N: 4061 | Firearm - RIFLE |
| 26-ATF-005983 | ATF Custody | 320 | PROP-230530 | Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: MKEAP5; Caliber: 9; Type: RIFLE; S/N: T0624-21CF01265 | Firearm - RIFLE |
| 26-ATF-005989 | ATF Custody | 322 | PROP-230532 | Firearm; Manufacturer: RG Guns; Model: TRR15; Caliber: 556; Type: RIFLE; S/N: BAK18901 | Firearm - RIFLE |
| 26-ATF-005994 | ATF Custody | 324 | PROP-230534 | Firearm; Manufacturer: Kalashnikov; Model: KP-9; Caliber: 9; Type: RIFLE; S/N: K9P0011902 | Firearm - RIFLE |
| 26-ATF-005997 | ATF Custody | 325 | PROP-230535 | Firearm; Manufacturer: RG Guns; Model: TRR15; Caliber: 556; Type: RIFLE; S/N: BAK20998 | Firearm - RIFLE |
| 26-ATF-006001 | ATF Custody | 326 | PROP-230536 | Firearm; Manufacturer: Pioneer Arms; Model: PPS 43C; Caliber: 762; Type: RIFLE; S/N: AD06995P | Firearm - RIFLE |
| 26-ATF-005968 | ATF Custody | 328 | PROP-230556 | Firearm; Manufacturer: Harrington & Richardson; Model: XMI77E2; Caliber: 556; Type: RIFLE; S/N: 950599 | Firearm - RIFLE |
| 26-ATF-005981 | ATF Custody | 331 | PROP-230570 | Firearm; Manufacturer: Kalashnikov; Model: K12; Caliber: 12; Type: SHOTGUN; S/N: K12000412 | Firearm - SHOTGUN |
| 26-ATF-005993 | ATF Custody | 333 | PROP-230583 | Firearm; Manufacturer: CBI; Model: Unknown; Caliber: UNKNOWN; Type: RIFLE; S/N: 6544006 | Firearm - RIFLE |
| 26-ATF-005998 | ATF Custody | 334 | PROP-230593 | Firearm; Manufacturer: RGUNS / SPORTSWEREUS, INC.; Model: TRR-15; Caliber: 556; Type: RIFLE; S/N: BAK19016 | Firearm - RIFLE |

| | | | | | |
|---|---|---|---|---|---|
| 26-ATF-006009 | ATF Custody | 335 | PROP-230595 | Firearm; Manufacturer: ZASTAVA; Model: ZPAP92; Caliber: 762; Type: RIFLE; S/N: Z92-101060 | Firearm - RIFLE |
| 26-ATF-006007 | ATF Custody | 336 | PROP-230603 | Firearm; Manufacturer: Wolverine; Model: Dead Air; Caliber: 762; Type: SILENCER (NFA); S/N: AK502358 | Firearm - SILENCER (NFA) |
| 26-ATF-006014 | ATF Custody | 337 | PROP-230607 | Firearm; Manufacturer: LWRC (LEITNER WISE RIFLE CO. INC.); Model: M6IC; Caliber: 556; Type: RIFLE; S/N: 24-86314 | Firearm - RIFLE |
| 26-ATF-006017 | ATF Custody | 338 | PROP-230612 | Firearm; Manufacturer: SUREFIRE LLC; Model: SOCOM; Caliber: 556; Type: SILENCER (NFA); S/N: A51N66250 | Firearm - SILENCER (NFA) |
| 26-ATF-006018 | ATF Custody | 339 | PROP-230615 | Firearm; Manufacturer: MAUSER; Model: 1891; Caliber: -- ;Type: RIFLE; S/N: P6738 | Firearm - RIFLE |
| 26-ATF-006019 | ATF Custody | 340 | PROP-230574 | Firearm; Manufacturer: WINCHESTER; Model: 1300; Caliber: 12; Type: SHOTGUN; S/N: L3079618 | Firearm - SHOTGUN |
| 26-ATF-006020 | ATF Custody | 341 | PROP-230576 | Firearm; Manufacturer: WINCHESTER; Model: 1873; Caliber: 44; Type: RIFLE; S/N: 205483B | Firearm - RIFLE |
| 26-ATF-006021 | ATF Custody | 342 | PROP-230577 | Firearm; Manufacturer: CIMARRON; Model: RAC; Caliber: 45; Type: REVOLVER; S/N: P73112 | Firearm - REVOLVER |
| 26-ATF-006022 | ATF Custody | 343 | PROP-230586 | Firearm; Manufacturer: SPIKE'S TACTICAL LLC; Model: STZ-Havoc; Caliber: 37; Type: GCA FIREARM; S/N: None | Firearm - GCA FIREARM |
| 26-ATF-006012 | ATF Custody | 362 | PROP-230614 | Firearm; Manufacturer: STAR; Model: Samurai Edge; Caliber: 9; Type: PISTOL; S/N: BER317663Z | Firearm - PISTOL |
| 26-ATF-006028 | ATF Custody | 365 | PROP-230625 | Firearm; Manufacturer: MOSSBERG; Model: 590; Caliber: 12; Type: SHOTGUN; S/N: V1427540 | Firearm - SHOTGUN |

| | | | | | |
|---|---|---|---|---|---|
| 26-ATF-006029 | ATF Custody | 366 | PROP-230629 | Firearm; Manufacturer: CMMG INC.; Model: MKG; Caliber: UNKNOWN; Type: RIFLE; S/N: FHR01937 | Firearm - RIFLE |
| 26-ATF-006030 | ATF Custody | 367 | PROP-230638 | Firearm; Manufacturer: RUGGED SUPPRESSORS; Model: Obsidian; Caliber: 45; Type: SILENCER (NFA); S/N: JCDB-13385 | Firearm - SILENCER (NFA) |

**Attachment B: Wilder – Stolen**

| CATS Number | Custody Status | Item Number | SPIN | Property Description | Property Type |
|---|---|---|---|---|---|
| 26-ATF-005894 | ATF Custody | 201 | PROP-230394 | Firearm; Manufacturer: BERETTA, PIETRO S.P.A; Model: CX4 STORM; Caliber: 9; Type: RIFLE; S/N: CX49640 | Firearm - RIFLE |
| 26-ATF-005832 | ATF Custody | 210 | PROP-230402 | Firearm; Manufacturer: RUGER; Model: SR-556; Caliber: 556; Type: RIFLE; S/N: 590-34381 | Firearm - RIFLE |
| 26-ATF-005836 | ATF Custody | 213 | PROP-230396 | Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: C9M Sporter; Caliber: 556; Type: RIFLE; S/N: C9309920 | Firearm - RIFLE |
| 26-ATF-005838 | ATF Custody | 214 | PROP-230398 | Firearm; Manufacturer: REMINGTON ARMS COMPANY, INC.; Model: 870 EXPRESS; Caliber: 12; Type: SHOTGUN; S/N: B451366M | Firearm - SHOTGUN |
| 26-ATF-005678 | ATF Custody | 215 | PROP-230400 | Firearm; Manufacturer: ARSENAL CO. BULGARIA; Model: SAM7SF; Caliber: 762; Type: RIFLE; S/N: BC601668 | Firearm - RIFLE |
| 26-ATF-005842 | ATF Custody | 216 | PROP-230401 | Firearm; Manufacturer: IZHMASH (IMEZ); Model: SAIGA; Caliber: 20; Type: SHOTGUN; S/N: H07590460 | Firearm - SHOTGUN |
| 26-ATF-005844 | ATF Custody | 217 | PROP-230405 | Firearm; Manufacturer: F.N. (FN HERSTAL); Model: FN49; Caliber: 8; Type: RIFLE; S/N: D10157 | Firearm - RIFLE |
| 26-ATF-005846 | ATF Custody | 218 | PROP-230419 | Firearm; Manufacturer: Silencer Co.; Model: Hybrid 46m; Caliber: 46; Type: SILENCER (NFA); S/N: HYB46M-22781 | Firearm - SILENCER (NFA) |
| 26-ATF-005849 | ATF Custody | 219 | PROP-230440 | Firearm; Manufacturer: REMINGTON ARMS COMPANY, INC.; Model: Sportsman 48; Caliber: 20; Type: SHOTGUN; S/N: 3823393 | Firearm - SHOTGUN |
| 26-ATF-005852 | ATF Custody | 220 | PROP-230443 | Firearm; Manufacturer: STEYR; Model: M95; Caliber: 8; Type: RIFLE; S/N: 904L | Firearm - RIFLE |
| 26-ATF-005855 | ATF Custody | 221 | PROP-230444 | Firearm; Manufacturer: WINCHESTER; Model: 1905SL; Caliber: 35; Type: RIFLE; S/N: 27758 | Firearm - RIFLE |

| | | | | | |
|---|---|---|---|---|---|
| 26-ATF005859 | ATF Custody | 222 | PROP-230445 | Firearm; Manufacturer: WINCHESTER; Model: 1907; Caliber: 351; Type: RIFLE; S/N: 25271 | Firearm - RIFLE |
| 26-ATF-005864 | ATF Custody | 224 | PROP-230408 | Firearm; Manufacturer: REMINGTON ARMS COMPANY, INC.; Model: 700 LH; Caliber: 300; Type: RIFLE; S/N: E6616735 | Firearm - RIFLE |
| 26-ATF-005867 | ATF Custody | 225 | PROP-230410 | Firearm; Manufacturer: Remington; Model: 700LH; Caliber: 357; Type: RIFLE; S/N: C6517165 | Firearm - RIFLE |
| 26-ATF-005870 | ATF Custody | 226 | PROP-230411 | Firearm; Manufacturer: Eddystone; Model: 1917; Caliber: 30-06; Type: RIFLE; S/N: 1273579 | Firearm - RIFLE |
| 26-ATF-005873 | ATF Custody | 227 | PROP-230412 | Firearm; Manufacturer: Remington; Model: Woodmaster 81; Caliber: 35; Type: RIFLE; S/N: 5173 | Firearm - RIFLE |
| 26-ATF-005876 | ATF Custody | 228 | PROP-230413 | Firearm; Manufacturer: Remington; Model: 14; Caliber: 35; Type: RIFLE; S/N: 116068 | Firearm - RIFLE |
| 26-ATF-005878 | ATF Custody | 229 | PROP-230414 | Firearm; Manufacturer: Terni; Model: M42; Caliber: UNKNOWN; Type: RIFLE; S/N: QP1846 | Firearm - RIFLE |
| 26-ATF-005880 | ATF Custody | 230 | PROP-230415 | Firearm; Manufacturer: WINCHESTER; Model: 71; Caliber: 348; Type: RIFLE; S/N: 606 | Firearm - RIFLE |
| 26-ATF-005877 | ATF Custody | 231 | PROP-230416 | Firearm; Manufacturer: WINCHESTER; Model: 1910; Caliber: 401; Type: RIFLE; S/N: 206 | Firearm - RIFLE |
| 26-ATF-005882 | ATF Custody | 232 | PROP-230417 | Firearm; Manufacturer: RGUNS / SPORTSWEREUS, INC.; Model: TRR-15; Caliber: MULTI; Type: RIFLE; S/N: BAK14842 | Firearm - RIFLE |
| 26-ATF-005883 | ATF Custody | 233 | PROP-230418 | Firearm; Manufacturer: IZHMASH (IMEZ); Model: SAIGA-12; Caliber: 12; Type: SHOTGUN; S/N: H09413584 | Firearm - SHOTGUN |

| | | | | | |
|---|---|---|---|---|---|
| 26-ATF-005886 | ATF Custody | 235 | PROP-230465 | Firearm; Manufacturer: Palmetto; Model: G19 Dagger Compact; Caliber: 9; Type: PISTOL; S/N: CD002587 | Firearm - PISTOL |
| 26-ATF-005898 | ATF Custody | 236 | PROP-230420 | Firearm; Manufacturer: REMINGTON ARMS COMPANY, INC.; Model: 03-A3; Caliber: 30-06; Type: RIFLE; S/N: 4080315 | Firearm - RIFLE |
| 26-ATF-005901 | ATF Custody | 237 | PROP-230421 | Firearm; Manufacturer: MAUSER; Model: C96; Caliber: 30; Type: PISTOL; S/N: 879478 | Firearm - PISTOL |
| 26-ATF-005889 | ATF Custody | 238 | PROP-230422 | Firearm; Manufacturer: Beretta; Model: 96G; Caliber: 40; Type: PISTOL; S/N: BER101998 | Firearm - PISTOL |
| 26-ATF-005943 | ATF Custody | 259 | PROP-230518 | Firearm; Manufacturer: BERETTA USA CORP; Model: ARX100; Caliber: MULTI; Type: RIFLE; S/N: SX13335 | Firearm - RIFLE |
| 26-ATF-005925 | ATF Custody | 262 | PROP-230409 | Firearm; Manufacturer: REMINGTON ARMS COMPANY, INC.; Model: 1911R1S; Caliber: 45; Type: PISTOL; S/N: RHH059844 | Firearm - PISTOL |
| 26-ATF-005927 | ATF Custody | 263 | PROP-230441 | Firearm; Manufacturer: NORINCO (NORTH CHINA INDUSTRIES); Model: 1911A1; Caliber: 45; Type: PISTOL; S/N: 304768 | Firearm - PISTOL |
| 26-ATF-005953 | ATF Custody | 266 | PROP-230497 | Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: TTC; Caliber: 762; Type: PISTOL; S/N: UR162 1952 | Firearm - PISTOL |
| 26-ATF-005919 | ATF Custody | 267 | PROP-230500 | Firearm; Manufacturer: HECKLER & KOCH INC.; Model: USP; Caliber: 40; Type: PISTOL; S/N: 22-071341 | Firearm - PISTOL |
| 26-ATF-005942 | ATF Custody | 277 | PROP-230499 | Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: CZ50; Caliber: 765; Type: PISTOL; S/N: 661137 | Firearm - PISTOL |
| 26-ATF-005961 | ATF Custody | 282 | PROP-230526 | Firearm; Manufacturer: KELTEC, CNC INDUSTRIES, INC.; Model: CMR-30; Caliber: 22; Type: RIFLE; S/N: YB397 | Firearm - RIFLE |

| | | | | | |
|---|---|---|---|---|---|
| 26-ATF-005969 | ATF Custody | 285 | PROP-230475 | Firearm; Manufacturer: SMITH & WESSON; Model: 10-5 38 CPG; Caliber: 38; Type: REVOLVER; S/N: C870549 | Firearm - REVOLVER |
| 26-ATF-005972 | ATF Custody | 286 | PROP-230476 | Firearm; Manufacturer: COLT N SCHOFIELD; Model: UNKNOWN; Caliber: 45; Type: REVOLVER; S/N: X70267 | Firearm - REVOLVER |
| 26-ATF-005995 | ATF Custody | 296 | PROP-230456 | ***See notes***Firearm; Manufacturer: ISRAEL WEAPON IND- IWI (ISRAEL MILITARY IND- IMI); Model: Galil Ace Sar; Caliber: 762; Type: RIFLE; S/N: G0003820 | Firearm - RIFLE |
| 26-ATF-006003 | ATF Custody | 300 | PROP-230460 | Firearm; Manufacturer: COLT; Model: Python; Caliber: 357; Type: REVOLVER; S/N: E18943 | Firearm - REVOLVER |
| 26-ATF-005958 | ATF Custody | 310 | PROP-230509 | Firearm; Manufacturer: DSA INC.; Model: SA58; Caliber: 308; Type: RIFLE; S/N: DS24799 | Firearm - RIFLE |
| 26-ATF-005965 | ATF Custody | 313 | PROP-230512 | Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: C308 SPORTER; Caliber: 308; Type: RIFLE; S/N: C308E02449 | Firearm - RIFLE |
| 26-ATF-005986 | ATF Custody | 321 | PROP-230531 | Firearm; Manufacturer: TOMMY BUILT TACTICAL LLC.; Model: TG36; Caliber: 556; Type: RIFLE; S/N: 20-000655 | Firearm - RIFLE[2] |
| 26-ATF-005978 | ATF Custody | 330 | PROP-230561 | Firearm; Manufacturer: Pioneer Arms; Model: PPS43-C; Caliber: 9; Type: RIFLE; S/N: H31166P | Firearm - RIFLE |
| 26-ATF-005985 | ATF Custody | 332 | PROP-230578 | Firearm; Manufacturer: PTR INDUSTRIES INC. (PTR-91 INC.); Model: PTR32; Caliber: 762; Type: RIFLE; S/N: FC05097 | Firearm - RIFLE |
| 26-ATF-006005 | ATF Custody | 351 | PROP-230623 | Firearm; Manufacturer: RUGGED SUPPRESSORS; Model: OBSIDIAN; Caliber: 9; Type: SILENCER (NFA); S/N: 09SB-32777 | Firearm - SILENCER (NFA) |

[2] Has a duplicate entry.

| | | | | | |
|---|---|---|---|---|---|
| 26-ATF-006006 | ATF Custody | 354 | PROP-230642 | Firearm; Manufacturer: SPRINGFIELD ARMORY,GENESEO,IL; Model: M1D; Caliber: 30-06; Type: RIFLE; S/N: 2716792 | Firearm - RIFLE |
| 26-ATF-006008 | ATF Custody | 357 | PROP-230580 | Firearm; Manufacturer: CSA; Model: SAVZ.61; Caliber: 32; Type: PISTOL; S/N: 6103857 | Firearm - PISTOL |
| 26-ATF-006010 | ATF Custody | 358 | PROP-230585 | Firearm; Manufacturer: Smith & Wesson; Model: Highway Patrolman; Caliber: 357; Type: REVOLVER; S/N: S328013 | Firearm - REVOLVER |
| 26-ATF-006011 | ATF Custody | 359 | PROP-230592 | Firearm; Manufacturer: WALTHER; Model: P99; Caliber: 9; Type: PISTOL; S/N: FEE9093 | Firearm - PISTOL |
| 26-ATF-006013 | ATF Custody | 360 | PROP-230601 | Firearm; Manufacturer: Fabrique Nationale (FN); Model: High Power; Caliber: UNKNOWN; Type: PISTOL; S/N: VU06180 | Firearm - PISTOL |
| 26-ATF-006015 | ATF Custody | 361 | PROP-230606 | Firearm; Manufacturer: BERETTA, PIETRO S.P.A; Model: PX4 STORM; Caliber: UNKNOWN; Type: PISTOL; S/N: PX507091 | Firearm - PISTOL |
| 26-ATF-006016 | ATF Custody | 363 | PROP-230619 | Firearm; Manufacturer: BERETTA USA CORP; Model: 950BS; Caliber: 25; Type: PISTOL; S/N: BER59989V | Firearm - PISTOL |
| 26-ATF-006027 | ATF Custody | 364 | PROP-230624 | Firearm; Manufacturer: Fabrique Nationale (FN); Model: M16; Caliber: 556; Type: RIFLE; S/N: M16CE05793 | Firearm - RIFLE |
| 26-ATF-006031 | ATF Custody | 368 | PROP-230640 | Firearm; Manufacturer: Romarm Cugir; Model: WASR 10-63; Caliber: 762; Type: RIFLE; S/N: S-BE4285 | Firearm - RIFLE |
| 26-ATF-006033 | ATF Custody | 369 | PROP-230643 | Firearm; Manufacturer: Fabrique Nationale (FN); Model: M4 Carbine; Caliber: 556; Type: RIFLE; S/N: M4CE02014 | Firearm - RIFLE[3] |
| 26-ATF-006034 | ATF Custody | 370 | PROP-230647 | Firearm; Manufacturer: Life Card; Model: Unknown; Caliber: 22; Type: PISTOL; S/N: 39983 | Firearm - PISTOL |

[3] Duplicate entries.

| | | | | | |
|---|---|---|---|---|---|
| 26-ATF-006035 | ATF Custody | 372 | PROP-230657 | Firearm; Manufacturer: BERETTA, PIETRO S.P.A; Model: 92FS; Caliber: 9; Type: PISTOL; S/N: A331326Z | Firearm - PISTOL |
| 26-ATF-006036 | ATF Custody | 374 | PROP-230668 | Firearm; Manufacturer: GLOCK GMBH; Model: 31C; Caliber: 357; Type: PISTOL; S/N: CCSC859 | Firearm - PISTOL |
| 26-ATF-006037 | ATF Custody | 375 | PROP-230696 | Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: CAI-3; Caliber: 308; Type: RIFLE; S/N: CA3204659 | Firearm - RIFLE |
| 26-ATF-006038 | ATF Custody | 376 | PROP-230703 | Firearm; Manufacturer: POF USA (PATRIOT ORDNANCE FACTORY); Model: P-415; Caliber: MULTI; Type: RIFLE; S/N: BB-2200311 | Firearm - RIFLE |
| 26-ATF-006039 | ATF Custody | 377 | PROP-230719 | Firearm; Manufacturer: POLYTECHNOLOGIES; Model: AKS; Caliber: 762; Type: RIFLE; S/N: PW85-762-06257 | Firearm - RIFLE |
| 26-ATF-006040 | ATF Custody | 378 | PROP-230744 | Firearm; Manufacturer: RATMIL; Model: ROMAK 2; Caliber: 545; Type: RIFLE; S/N: 3-09091-97 | Firearm - RIFLE |

**Attachment C: Wilder – Destroy**

| **CATS Number** | **Custody Status** | **Item Number** | **SPIN** | **Property Description** | **Property Type** |
|---|---|---|---|---|---|
| 26-ATF-005893 | ATF Custody | 234 | PROP-230452 | Firearm; Manufacturer: UNKNOWN MANUFACTURER; Model: UNKNOWN; Caliber: UNKNOWN; Type: SILENCER (NFA); S/N: None | Firearm - SILENCER (NFA) |
| 26-ATF-005913 | ATF Custody | 246 | PROP-230430 | Firearm; Manufacturer: Hi Point; Model: Unknown; Caliber: UNKNOWN; Type: WEAPON MADE FROM RIFLE (NFA); S/N: E66945 | Firearm - WEAPON MADE FROM RIFLE (NFA) |

| | | | | | |
|---|---|---|---|---|---|
| 26-ATF-005951 | ATF Custody | 308 | PROP-230507 | Firearm; Manufacturer: Unknown Manufacturer; Model: -- ;Caliber: -- ;Type: SILENCER (NFA); S/N: None | Firearm - SILENCER (NFA) |
| 26-ATF-005962 | ATF Custody | 312 | PROP-230511 | Firearm; Manufacturer: TOMMY BUILT TACTICAL LLC.; Model: TMP; Caliber: 9; Type: RIFLE; S/N: 99-000169 | Firearm - RIFLE |
| 26-ATF-005986 | ATF Custody | 321 | PROP-230531 | Firearm; Manufacturer: TOMMY BUILT TACTICAL LLC.; Model: TG36; Caliber: 556; Type: RIFLE; S/N: 20-000655 | Firearm - RIFLE |
| 26-ATF-005991 | ATF Custody | 323 | PROP-230533 | Firearm; Manufacturer: Action Arms Uzi; Model: B; Caliber: 9; Type: MACHINE GUN (NFA); S/N: SAN1004 | Firearm - MACHINE GUN (NFA) |
| 26-ATF-005971 | ATF Custody | 329 | PROP-230557 | Firearm; Manufacturer: Tommy Built Tactical; Model: TMP; Caliber: UNKNOWN; Type: RIFLE; S/N: 99-000108 | Firearm - RIFLE |
| 26-ATF-006033 | ATF Custody | 369 | PROP-230643 | Firearm; Manufacturer: Fabrique Nationale (FN); Model: M4 Carbine; Caliber: 556; Type: RIFLE; S/N: M4CE02014 | Firearm - RIFLE |